No. 82–2. E. J. T. Construction Co., Inc., et al. v. United States ex rel. Billows Electric Co., Inc.

C. A. 3d Cir. Certiorari denied. 